IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SUSAN C. ZENNAN, Plaintiff, v. THE UNITED STATES, Defendant. | Case No. 08-290C (Judge Emily C. Hewitt) |

**JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rule 16 and Appendix A of the Rules of the United States Court of Federal Claims, plaintiff and defendant respectfully submit the following joint preliminary status report in response to the questions set forth in Part III of Appendix A.

**3a. Jurisdiction:**

The parties agree that the Court has jurisdiction to entertain and to decide this action.

**b. Consolidation:**

The parties agree that this case should not be consolidated with any other cases pending in the United States Court of Federal Claims. However, plaintiff is employed by the same Federal agency, the Drug Enforcement Administration ("DEA"), as are many of the plaintiffs in Adams, et al. v. United States, Case No. 90-162C, Boston, et al. v. United States, Case No. 01-518C, Kenneth W. Giles, et al. v. United States, Case No. 04-1283C, Thomas E. English, et al. v. United States, Case No. 05-572C, Lydia Y. Bagley, et al. v. United States, Case No. 06-103C, Julia E. Antilla, et al. v. United States, Case No. 06-139C, Alan M. Evans, et al. v. United States, Case No. 06-183C, Paula F. Albert, et al. v. United States, Case No. 06-223C, Roberta Goralczyk, et al. v. United States, Case No. 06-283C, Carlos M. Aquino, et al. v. United States, Case No. 06-367C,

Wayne Groves, et al. v. United States, Case No. 06-456C, Evangela Forbes v. United States, Case No. 06-510C, Kerry Hamilton v. United States, Case No. 06-680C, Deborah A. George v. United States, Case No. 06-776C, Linda A. Stocum v. United States, Case No. 07-03C, Jeffrey B. Morgan v. United States, Case No. 07-232C, Christopher J. Grush v. United States, Case No. 07-232C, Diane M. Gibson, et al. v. United States, Case No. 07-284C, Andrew W. Breiner, et al. v. United States, Case No. 07-249C, Paul G. Jaster, et al. v. United States, Case No. 07-299C, David P. Brown v. United States, Case No. 07-325C, Anita Chalmers v. United States, Case No. 07-361C, Matthew J. Crusan, et al. v. United States, Case No. 07-434C, Shannon M. Garner, et al. v. United States, Case No. 07-525C, Luis A. Carrion, et al. v. United States, Case No. 07-626C, Janice R. Barnes, et al. v. United States, Case No. 07-682C, Claude M. Redd, et al. v. United States, Case No. 07-718C, Maria L. Gilbert, et al. v. United States, Case No. 07-731C, Zoraida Gonzalez, et al. v. United States, Case No. 07-790C, William J. Salera v. United States, Case No. 07-886C, Kathy L. Federico, et al. v. United States, Case No. 08-44C and Mary Laferriere v. United States, Case No. 08-218C, Nicole S. Bornstein, et al. v. United States, Case No. 08-367C, Joseph R. Brown, et al. v. United States, Case No. 08-503C, and Maria-Elena Hernandez, et al. v. United States, Case No. 08-539C, and asserts claims similar, if not identical, to the claims asserted in such cases. On June 29, 2007, a partial settlement agreement was reached and stipulations of partial dismissal were filed for the aforementioned cases with the exception of the instant case and Jeffrey B. Morgan v. United States, Case No. 07-232C, Christopher J. Grush v. United States, Case No. 07-232C, Diane M. Gibson, et al. v. United States, Case No. 07-284C, Andrew W. Breiner, et al. v. United States, Case No. 07-249C, Paul G. Jaster, et al. v. United States, Case No. 07-299C, David P. Brown v. United States, Case No. 07-325C, Anita Chalmers v. United States, Case No. 07-361C, Matthew J. Crusan, et al.

v. United States, Case No. 07-434C, Shannon M. Garner, et al. v. United States, Case No. 07-525C, Luis A. Carrion, et al. v. United States, Case No. 07-626C, Janice R. Barnes, et al. v. United States, Case No. 07-682C, Claude M. Redd, et al. v. U.S., Case No. 07-718C , Maria L. Gilbert, et al. v. United States, Case No. 07-731C, Zoraida Gonzalez, et al. v. United States, Case No. 07-790C, William J. Salera v. United States, Case No. 07-886C, Kathy L. Federico, et al. v. United States, Case No. 08-44C and Mary Laferriere v. United States, Case No. 08-218C, Nicole S. Bornstein, et al. v. United States, Case No. 08-367C, Joseph R. Brown, et al. v. United States, Case No. 08-503C and Maria-Elena Hernandez, et al. v. United States, Case No. 08-539C.

c. **Bifurcation:**

The parties agree that the issues of liability and damages should be bifurcated.

d. **Deferral:**

The parties agree that this case should not be deferred pending resolution of any other cases.

e. **Remand/Suspension:**

None of the parties seek remand or suspension.

f. **Joinder:**

Counsel do not anticipate joining additional parties.

g. **Dispositive Motions:**

At this time the parties have not discussed the filing of dispositive motions pursuant to RCFC 12(b) or 12(c) in this case.

**h. Relevant Issues:**

The parties submit that among the major relevant issues presented herein are the following:

1. Whether plaintiff, while employed in a non-supervisory position at DEA, was employed in a capacity that is exempt from the overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., pursuant to the administrative exemption set forth thereunder?

2. In the event plaintiff prevails on the issue of liability, what are the appropriate statutes of limitations applicable to plaintiff's claims?

3. In the event plaintiff prevails on the issue of liability, whether plaintiff is entitled to an award of liquidated damages?

4. In the event plaintiff prevails on the issue of liability, what is the amount of compensatory damages to which plaintiffs is entitled and are such damages due for driving a Government owned vehicle from home to work and work to home?

5. In the event plaintiff prevails on the issue of liability, whether plaintiff is entitled to interest on its recovery?

**I. Settlement:**

The parties believe there is a reasonable likelihood of settlement on the issue of whether certain plaintiffs are exempt from the FLSA as well as a likelihood that the amount of damages due plaintiffs can be resolved. It is unlikely that parties will resolve through settlement whether plaintiffs are entitled to be compensated for driving a Government-owned vehicle from home to work and work to home.

j. **Trial:**

The parties currently are unable to predict whether this matter will proceed to trial.

k. **Electronic case management:**

There are no special issues regarding electronic case management needs.

l. **Additional Information:**

Appellants' petition for writ of *certiorari* filed in Stephen S. Adams, et al. v. United States, No. 70-116 (July 27, 2007), seeking review of the Federal Circuit's March 14, 2007 ruling against the plaintiffs concerning the home-to-work driving issue involved, was denied on January 7, 2008. However, the parties continue to litigate home-to-work driving issues in other cases pending in the United States Court of Federal Claims.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

TODD M. HUGHES
Deputy Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

Tel: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

Dated: August 8, 2008

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiff

Dated: August 8, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August 2008, a copy of the foregoing "JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**